E-FILED
Wednesday, 26 April 2006 01:53:41 PM
Clerk, U.S. District Court, ILCD

# United States District Court

**FILED**

CENTRAL DISTRICT OF ILLINOIS      APR 2 6 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **CRIMINAL COMPLAINT** |
| MATTHEW HENDERSON, RUSSELL VANDYKE, CYNTHIA DAVISON, and MINNIE LACOCK | CASE NUMBER: 06-6023 |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about   March 27, 2006 , in   Fulton   county, in the   Central   District of   Illinois   defendant, (Track Statutory Language of Offense)

MATTHEW HENDERSON, RUSSELL VANDYKE, CYNTHIA DAVISON, and MINNIE LACOCK, did knowingly and willfully conspire and agree together and with each other to receive, possess, conceal, barter and sell a stolen firearm, to wit: an AK 47 semi-automatic assault rifle, Serial #BA360667, that had previously traveled in interstate commerce,

in violation of Title   18   United States Code, Section(s)   371  

I further state that I am a   Detective, Canton Police Department   and that this Complaint is based on the following facts:

SEE ATTACHMENT

Continued on the attached sheet and made a part hereof:      ☒ Yes      ☐ No

s/Agent
Signature of Complainant
Dean Putman
Detective, Canton Police Department

Sworn to before me and subscribed in my presence,

4-26-06    at    Peoria, IL
Date            City and State

JOHN A. GORMAN
United States Magistrate Judge            s/John A. Gorman
Name & Title of Judicial Officer            Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

Affiant, Dean Putman, being duly sworn, deposes and says:

1. Your affiant, Dean Putman, is a detective with Canton Police Department in Fulton County, Illinois. Your affiant is currently assigned to "Operation Bullrider". Your affiant has been so employed with Canton Police Department since February 1979 and has participated in numerous drug investigations. During the course of my law enforcement experience, your affiant has received extensive training for investigations of crack cocaine and firearms violations. The information contained in this Affidavit is based upon information provided by other law enforcement officers in involved in this investigation, and other individuals who have knowledge of the events and circumstances herein described, and does not contain every known fact about this investigation.

2. On March 27, 2006, at approximately 1:45 a.m. Michael A. Pensinger of 1120 South Avenue A, Canton, IL reported that he had been the victim of a residential burglary.

3. The investigation revealed that Pensinger had been the victim of a plot by Matthew V. Henderson (who was acquainted with Pensinger), Russell J. VanDyke, Minnie M. Lacock, Tiffany J. Maggard, and Cynthia A. Davison to steal firearms owned by Pensinger to be exchanged for crack cocaine and/or cash.

4. Henderson, VanDyke, Lacock, Maggard, and another individual planned with Davison prior to the burglary and after speaking by cell phone to an alleged crack cocaine dealer known as "Moe" to exchange firearms for crack cocaine and/or cash.

5. On March 27, 2006, and in accordance with that plan, Henderson knocked on Pensinger's door and told him that he, along with the occupants of his car (VanDyke, Lacock, Maggard and another individual) had run out of gas and needed his assistance.

6. Pensinger invited the group into his residence and during this time Henderson engaged him in conversation about firearms he had in the residence. Pensinger showed them a loaded AK-47 which was hid under the sofa in Pensinger's living room.

7. While Henderson occupied Pensinger in conversation, VanDyke, Lacock, Maggard and another individual were allowed to use Pensinger's bathroom and were offered drinks from the kitchen. During this time, VanDyke, Lacock, and another individual attempted to unlock the kitchen door from the inside along with unlocking a west side kitchen window so that they could enter the residence later.

8. Pensinger and Henderson went for gasoline for the Henderson vehicle while VanDyke, Lacock, Maggard and another individual waited in Henderson's car for them to return.

9. Once Pensinger and Henderson had left the area, VanDyke then went to the west side kitchen window of the Pensinger residence and using a plastic lawn chair pulled himself through the window and within a few minutes came running back to the Henderson vehicle with the loaded AK-47 which was placed in the trunk of the car.

10. While waiting in the Henderson vehicle VanDyke, Lacock, Maggard and another individual observed a Fulton County Sheriff's Deputy vehicle in the area and panicked. another individual removed the loaded AK-47 from the trunk of the Henderson vehicle and hid it under a front porch area of a nearby unknown residence.

11. Upon Pensinger and Henderson arriving back at the Henderson vehicle, gasoline was placed into the vehicle and a short conversation ensued between Pensinger, Henderson, VanDyke, Lacock, Maggard and another individual. Pensinger then departed. Another individual then went back to the location of where she had hid the loaded AK-47 and retrieved it, placing it in the trunk of the Henderson vehicle.

12. Henderson, VanDyke, Lacock, Maggard and another individual then drove to Davison's trailer home and again phoned "Moe" from Davison's cell phone and made arrangements to meet "Moe" at Davison's trailer to exchange the AK-47 for crack cocaine and/or cash.

13. On March 27, 2006, "Moe" called Davison's cell phone and advised her that he was unable to locate her trailer court so arrangements were made for Henderson and Davison to meet "Moe" at a local gas station (BP Station located at 5th and Linn Street in Canton) and "Moe" was going to follow them back to Davison's trailer to make the exchange.

14. While Henderson and Davison were at the BP Station located at 5th and Linn waiting for "Moe", an employee of the station who had prior knowledge of the Pensinger burglary and who knew that Henderson, VanDyke, Lacock, Maggard and another individual were suspects, called the Canton Police to alert them that Henderson had just pulled up in the parking lot of the gas station.

**15. When the Canton Police arrived, Henderson and Davison were driving out of the gas station parking lot. Canton Police stopped Henderson's vehicle in connection with the burglary of Pensinger's residence and Davison and Henderson revealed the location of the stolen AK-47, which was inside the Davison trailer.**

                                            s/Agent
                                 Detective Dean Putman
                                 Canton Police Department

Sworn to and subscribed to
Before me, this 26th day of April, 2006.

        s/John A. Gorman

**JOHN A. GORMAN**
**United States Magistrate Judge**
**Peoria, Illinois**