# FINANCIAL AFFIDAVIT IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

**IN THE CASE OF** _____ V.S. _____

**FOR**: APR 27 2006
**AT**: JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Stamped: APR 27 2006

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: 06-6023-03
District Court: _____
Court of Appeals: _____

**PERSON REPRESENTED** (Show your full name): _____

**CHARGE/OFFENSE** (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

---

## EMPLOYMENT

Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self-Employed  **AUG 05  8.75/hr**

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☒ No

IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

## ASSETS

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No

RECEIVED: $ _____    SOURCES: _____
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**: Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No   IF YES, state total amount $ _____

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

VALUE: _____    DESCRIPTION: _____

## DEPENDENTS

MARITAL STATUS:
- SINGLE
- MARRIED
- WIDOWED
- ☒ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them: **Jamie Davidson 15**

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME: | Rent | $ | $ 400 |
| | Utilities (water, gas, elec) | $ | $ 250 |
| | Loans | $ 400 | $ 102.50 |
| | Loan | $ 400 | $ 65 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **4/27/06**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► s/Defendant