E-FILED
Thursday, 04 May, 2006  11:52:27 AM
Clerk, U.S. District Court, ILCD

# United States District Court

**FILED**
MAY - 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

US MARSHALS SERVICE
CENTRAL ILLINOIS

UNITED STATES OF AMERICA
    vs.

## WARRANT FOR ARREST

MATTHEW HENDERSON, RUSSELL VANDYKE,
CYNTHIA DAVISON, MINNIE LACOCK

CASE NO. 06-6023

TO:    THE UNITED STATES MARSHAL and any
        AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest _____CYNTHIA DAVISON_____, and bring her
                                                               Name

forthwith to the nearest magistrate to answer a complaint charging her with conspiracy to receive, possess, conceal,

barter and sell a stolen firearm in violation of Title _____18_____ United States Code, Section(s) __371__

_____JOHN A. GORMAN_____            United States Magistrate Judge
Name of Issuing Officer                                                    Title of Issuing Officer

s/ John A. Gorman                                                at Peoria, Illinois
Signature of Issuing Officer                                       Date and Location

Bail fixed at $ __Detention Requested__ by _____John A. Gorman, United States Magistrate Judge_____
                                                        Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _Fulton Co. Jail_

| Date Received 05/01/06 | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 04/27/06 | Title of Arresting Officer | s/Officer |