**E-FILED**
Thursday, 18 May, 2006  10:01:14 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

### AT PEORIA



FILED

MAY 17 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06- 10040 |
| ) | |
| MATTHEW HENDERSON, ) | VIO:  18 U.S.C. §§371, 922(g), 922(j), |
| RUSSELL VANDYKE, ) | 924(a)(2), and 2 |
| MINNIE LACOCK, and ) | |
| CYNTHIA DAVISON ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (Conspiracy to Receive, Possess, Conceal, Barter and Sell a Stolen Firearm)

1. On or about March 27, 2006, in Canton, Illinois, Fulton County, within the

Central District of Illinois,

### MATTHEW HENDERSON,
### RUSSELL VANDYKE,
### MINNIE LACOCK, and
### CYNTHIA DAVISON,

the defendants herein, knowingly and willfully conspired and agreed together and with

each other to receive, possess, conceal, barter and sell a stolen firearm in violation of

1

Title 18, United States Code, §922(j).

## OVERT ACTS

2. In furtherance of the conspiracy and to effect the object of the conspiracy, the following overt acts were committed within the Central District of Illinois,

a. The defendants agreed to steal a firearm to barter and sell for crack cocaine.

b. The defendants contacted a crack cocaine dealer who agreed to barter for and purchase crack cocaine for a firearm.

c. The defendants went to an individual's house in Canton, Illinois and while certain defendants distracted him, other defendants stole a loaded semi-automatic assault rifle, which had previously been transported in interstate commerce, from the individual's residence.

d. The defendants took the firearm to a defendant's residence, concealed it there and contacted the crack dealer and notified him that the defendants had the stolen firearm and were ready to barter and sell it for crack cocaine.

e. Certain of the defendants then went to meet the crack dealer and direct him to the one defendant's residence where the transaction was to take place.

All in violation of Title 18, United States Code, §371 and 922(j).

## COUNT 2
### (Receipt, Possession, Concealment and Storing of a Stolen Firearm)

On or about March 27, 2006, in Canton, Illinois, Fulton County, in the Central District of Illinois,

2

**MATTHEW HENDERSON,**
**RUSSELL VANDYKE,**
**MINNIE LACOCK, and**
**CYNTHIA DAVISON,**

the defendants herein, knowingly received, possessed, concealed and stored a stolen

firearm, namely a semi-automatic assault rifle, which had been transported in interstate

commerce before being stolen, knowing and having reasonable cause to believe the

firearm was stolen.

In violation of Title 18, United States Code, §§922(j), 924(a)(2) and 2.

### COUNT 3

On or about March 27, 2006, in Fulton County, within the Central District of

Illinois,

**MATTHEW HENDERSON,**
**MINNIE LACOCK, and**
**CYNTHIA DAVISON,**

the defendants herein, did knowingly possess a firearm, an AK 47 semi-automatic

assault rifle, Serial # BA360667, which had previously traveled in interstate commerce,

the defendants having been previously convicted under the laws of the State of Illinois of

a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g).

A True Bill

s/Foreperson

**Foreperson**

s/Assistant US Attorney

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**
KTG/ksr

3