E-FILED
 Wednesday, 31 May, 2006 12:41:13 PM
 Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>) |
| | ) CASE NO. **06-10040-04** |
| | ) |
| **Cynthia Davison**<br>    Defendant | )<br>) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:30 PM** on **Friday, July 14, 2006.**

This matter is set for Jury Trial at 8:30 A.M. on **Monday, July 24, 2006**

at

[ X ] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 31st day of May, 2006.

                                         s/ John A. Gorman

                                         JOHN A. GORMAN
                                         U.S. MAGISTRATE JUDGE



# United States District Court
## Central District of Illinois

# MEMORANDUM

---

TO:      AUSA's, Deputy Federal Defenders, and CJA Attorneys involved in criminal cases in my Court

FROM:    Michael M. Mihm, U.S. District Judge    s/MICHAEL M. MIHM

DATE:    April 7, 2006

SUBJECT: Continuances

---

A problem has developed over the last few months regarding motions for continuances of trial dates and sentencing dates. So many requests have been filed and granted that the Court now has substantial periods of greatly reduced trial settings and sentencing hearings in April, but very heavy trial and sentencing schedules in May, June, and July.

The bottom line is, I will no longer routinely grant Motions to Continue trials and sentencing hearings.

For future reference, Motions to Continue trial or sentencing hearings where the Motion is the first such motion filed in the case will normally be granted. Any second or subsequent Motions to Continue trial or sentencing will not be looked upon with favor. Please keep this in mind as your case proceeds. Thank you for your cooperation.

MMM/cjg