FILED E-FILED
Thursday, 06 July, 2006 09:43:45 AM
Clerk, U.S. District Court, ILCD

JUL 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion to appoint new counsil

I Cynthia Davison - 06-10040-4 would like to have new counsil appointed if at all possible. I am very concerned with the results of the counsil I have at this time. I have not been contacted in any way from Mr. Inman since my last court date on May 31 at 11:30 A.M. He talked to me briefly after court and told me he would be to see me before my next court date on July 13. He told me this after court on May 11 also. This was the date I was admitted into New Leaf Treatment Center. Mr. Inman knew of my whereabouts and never contacted me. He has not kept his word on either occasion. I have also left 2 different messages with Mr. Inmans secretary of my concerns and that I would like to talk to him. I left a phone number and my case manager told them I would be pulled from class at time of his call at his convenience. I have not recieved that call. On May 31 Mr Inman told me to plead not guilty and then told me that he has recieved no police report or paper work and does not know how to proceed with my case. He has also told me that he has no idea of what is going to happen and can not prepare me for what is going to come

of the case. He has also not mentioned anything about proffer papers which I have been told is something I need to look into. I just really do not understand any of this and have not been successful in getting any answers from Mr. Inman. I am worried and concerned with what is in store with my future. I would like to address the courts with my part of the incident and own up to my responsabilitys. I just need counsil to let me do my part.
    Thank you so much for your time.

                Sincerely,
                Cynthia Davison
                6/27/06