FILED
E-FILED
Monday, 10 July, 2006 03:13:52 PM
JUL 1 0 2006
Clerk, U.S. District Court, ILCD

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



Motion to Apoint New Counsil

Cynthia Davison  Case # 06-10040-4    6-30-06

I have already written my motion to the courts and sent in with my probation officer, Jason Hunt. After writing the motion I recieved a phone call from Mr. Inman. I asked him of proffer papers and was rudely told that if I didn't plead guilty there was no reason to discuss this matter. I told him I am guilty of my part in the phone calls and going to meet the man to give him directions to my home to purchase a gun. He then told me that he hasn't ~~been~~ had the chance to review all the statements or my video statement but what he has seen I am guilty and will be going to prison for an undetermined amount of time. I was then told by Mr. Inman that I should tell my case manager to call his office sometime after Tuesday, July 4 to set up a time for another phone conference. My court date is July 14 and I am very confused of all of this and feel I need counsil to explain my case and options. I have admitted to my guilt to Mr. Inman and to the Canton Police Department by video Tape.

Thank You For your time.

Sincerely, Cynthia Davison