**E-FILED**
Tuesday, 11 July, 2006  05:23:15 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  06-10040-04 |
| v. | ) | |
| | ) | |
| CYNTHIA DAVISON, | ) | |
| | ) | |
| Defendant. | ) | |

### RESPONSE TO MOTION TO APPOINT NEW COUNSEL

**NOW COMES** Arthur J. Inman, attorney for Cynthia Davison, states the following:

1.  He was appointed under the provisions of the Criminal Justice Act as counsel for the indigent defendant.

2.  He has diligently pursued the defense for Ms. Davison, including nearly an hour's interview with her at the Fulton County Jail on April 28, 2006.

3.  During that interview, he told her that he expected to have discovery from the Government within a short time and would interview her further.

4.  Ms. Davison has consistently denied her guilt and informed counsel that she expected that statements from the co-defendants would exonerate her.

5.  Counsel did not receive discovery from the Government until mid-June.

6.  He reviewed the voluminous material carefully on June 19, 2006, and had a phone conference with defendant, who has been held, since May 31, 2006, at the order of the Court, at White Oaks Center.

7.  He reviewed the video statement of defendant at the U.S. Attorney's Office on Friday, June 20, 2006.

8.  During his phone conference with defendant on June 29, 2006, he explained to her that, in his opinion, the co-defendants' statements and other evidence did not exonerate her, but instead raised significant problems.  He further explained that her claims of innocence were inconsistent with counsel's suggestion to proffer.

9.  Counsel did explain that the case would be set for trial at the next appearance if defendant persisted in her claims of innocence.

10.  Counsel stands ready to assist defendant and prepare her defense.

/s/ Arthur J. Inman
Arthur J. Inman
Attorney for Defendant

Arthur J. Inman
Attorney at Law
411 Hamilton Blvd, Suite 1302
Peoria, IL 61602
Phone 309-673-9711; FAX 309-673-9720

## PROOF OF SERVICE

THE undersigned attorney certifies that he served a copy of this pleading on the defendant at White Oaks Center, 3400 New Leaf Lane, Peoria, Illinois 61615, mailing a copy of it in a properly addressed and stamped envelope on this 11th  Day of July, 2006, and by electronic filing to the United States Attorney.

/s/ Arthur J. Inman
Arthur J. Inman
Attorney