AO199A (Rev. 8/94AO 12/99CD/IL) Order Setting Conditions of Release

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( )   (6)       The defendant is placed in the custody of:


who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
                          Custodian or Proxy

Date: _____

(X)   (7)       The defendant shall:
(X)       (a)       report on a regular basis to the supervising officer.
( )       (b)       execute a bond or agreement to forfeit upon failing to appear as required the following sum of money or designated property:
( )       (c)       post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above described .
( )       (d)       execute a bail bond with solvent sureties in the amount of $ .
*added 7/21/06* ( )       (e)       maintain or actively seek employment.
( )       (f)       maintain or commence an educational program.
( )       (g)       surrender any passport to .
( )       (h) .      obtain no passport.
( )       (i)       abide by the following restrictions on personal association, place of abode or travel:  *reside w/ Father or as approved by USPO.*
( )       (j)       avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:  *co-defts*
( )       (k)       undergo medical or psychiatric treatment and/or remain in an institution as follows:
( )       (l)       return to custody each (week)day as of                  o'clock after being released each (week)day as of  o'clock for employment, schooling, or the following limited purpose(s) .
( )       (m)       maintain residence at a halfway house or community corrections center, as deemed necessary by the pre-trial services office or supervising officer.
( )       (n)       refrain from possessing a firearm, destructive device, or other dangerous weapons.
( )       (o)       refrain from ( ) any ( ) excessive use of alcohol.
( )       (p)       refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( )       (q)       submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. You shall pay all or part of the cost of the testing based upon your ability to pay as determined by the pretrial office or supervising officer.
(X)       (r)       refrain from use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation office, participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation officer.
( )       (s)       refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a condition(s) of release.
( )       (t)       participate in one of the following home confinement components and abide by all the requirements of the program which (X) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial office or supervising officer.
(X)(i)  Curfew. You are restricted to your residence everyday ( ) from  to , or ( ) as directed by the pretrial services office or supervising officer; or  *7 p.m   to   7 a.m.*
( )(ii)  Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial office or supervising officer; or
( )(iii)  Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial office or supervising officer.
(X)       (u)       report within 72 hours, to the pretrial office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
( )       (v)       defendant agrees to participate in the Pretrial Alternative to Detention Alternative Program (PADI)
( )       (w)       *Dft to be released to go to in-patient treatment at White Oaks. Dft to remain at the facility until completion of treatment. Once treatment is completed, Dft to return to custody. Further Bond Hrg to be set.*