E-FILED
Thursday, 15 March, 2007 09:38:00 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

Cynthia Davison

Case No. 06-10040-04

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count (1) is hereby accepted and Defendant is adjudged guilty of such offense.

The Court will defer a decision on the Plea Agreement pending review of the Pre-Sentence Investigation and Report.

Sentencing is hereby scheduled for Friday, 6/8/07 at 2:00 PM

Dated: 3/14/2007

s/Michael M. Mihm
Michael M. Mihm
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant U.S. Attorney
Counsel for Defendant
Defendant
U.S. Marshal
U.S. Probation

06-10040 Acceptance of Plea.wpd