E-FILED
Wednesday, 25 June, 2008  10:14:35 AM
Clerk, U.S. District Court, ILCD

CD/IL PROB12C
(Rev. 12/04)

United States District Court

for

CENTRAL DISTRICT OF ILLINOIS

Petition for Warrant or Summons for Offender Under Supervision

**NAME/ADDRESS OF OFFENDER:** CYNTHIA DAVISON  **CASE NUMBER:** 06-10040-004
637 North 9th Street
Canton, IL 61520

**SENTENCING JUDICIAL OFFICER:** HONORABLE MICHAEL M. MIHM
U.S. District Judge

**ORIGINAL SENTENCE DATE:** 06/28/07

**ORIGINAL OFFENSE:** Felon in Possession of a Firearm

**ORIGINAL SENTENCE:** Time served, 3 years supervised release with special conditions: 1) No use of alcohol/drugs, undergo treatment/testing; 2) Obtain GED within the first 12 months of supervision; 3) Participate in job training as directed; 4) Not own, purchase, possess a firearm, ammunition, dangerous weapon.

**TYPE OF SUPERVISION:** Supervised release

**DATE SUPERVISION COMMENCED:** June 28, 2007

**ASSISTANT U.S. ATTORNEY:** K. Tate Chambers

**DEFENSE ATTORNEY:** Arthur J. Inman

---

**PETITIONING THE COURT**

**[X]** To issue a warrant
**[ ]** To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

VIOLATION
NUMBER      NATURE OF NONCOMPLIANCE

1.    **NEW LAW VIOLATION: POSSESSION OF COCAINE; POSSESSION OF DRUG PARAPHERNALIA**

      **MANDATORY CONDITION:** THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

Page 2                                                       Re: DAVISON, Cynthia

**MANDATORY CONDITION:** THE DEFENDANT SHALL REFRAIN FROM ANY POSSESSION OF A CONTROLLED SUBSTANCE.

A.  On **June 19, 2008,** offender Davison possessed cocaine. On that date, Canton, Illinois, police executed a search warrant at a residence located at 753 South 7th Street, Canton, Illinois. Upon entering the residence, Canton Police Officers Spahn and Richards saw offender Davison sitting at the kitchen table. Officer Richards observed a metal pipe containing screen material and burnt residue along with a small baggie containing suspected crack cocaine on the table in front of where offender Davison had been sitting. Offender Davison was arrested for possession of a controlled substance. Following her arrest, offender Davison was given a Miranda warning. She subsequently signed a waiver form and agreed to speak with officers. She admitted the cocaine on the table found at the above residence were hers. She purchased the cocaine from "PT" at the residence for $50. She stated she was about to smoke the cocaine; however, the police came in before she got the chance. This information was confirmed by the offender's daughter, Shawna Windsor. She told police she witnessed "PT" sell offender Davison cocaine at the residence. As a result of this behavior, offender Davison was arrested for unlawful possession of a controlled substance. She was released from custody on June 20, 2008, after posting a $750 cash bond. She is scheduled to be arraigned in Fulton County, Illinois, Circuit Court on July 2, 2008.

B.  On **June 19, 2008,** offender Davison possessed drug paraphernalia. On that date, Canton, Illinois, police executed a search warrant at a residence located at 753 South 7th Street, Canton, Illinois. Upon entering the residence, Canton Police Officers Spahn and Richards saw offender Davison sitting at the kitchen table. Officer Richards observed a metal pipe containing screen material and burnt residue along with a small baggie containing suspected crack cocaine on the table in front of where offender Davison had been sitting. Offender Davison was arrested for possession of a controlled substance. Following her arrest, offender Davison was given a Miranda warning. She subsequently signed a waiver form and agreed to speak with officers. She admitted the pipe on the table found at the above residence were hers. She stated she was about to smoke cocaine; however, the police came in before she got the chance. Offender Davison was not charged with possession of drug paraphernalia for this conduct.

2.  **USE OF ALCOHOL**

    **SPECIAL CONDITION NO. 1:** YOU SHALL REFRAIN FROM ANY USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY CONTROLLED SUBSTANCES, OR ANY PARAPHERNALIA RELATED TO ANY CONTROLLED SUBSTANCES EXCEPT AS PRESCRIBED BY A PHYSICIAN. YOU SHALL, AT THE DIRECTION OF THE PROBATION OFFICER PARTICIPATE IN A PROGRAM FOR SUBSTANCE ABUSE TREATMENT INCLUDING TESTING TO DETERMINE WHETHER YOU HAVE USED CONTROLLED SUBSTANCES AND/OR ALCOHOL. YOU SHALL PAY FOR THESE SERVICES AS DIRECTED BY THE PROBATION OFFICER.

Page 3                                                          Re: DAVISON, Cynthia

>    On **June 19, 2008,** offender Davison used alcohol. On that date, Canton, Illinois, police executed a search warrant at a residence located at 753 South 7th Street, Canton, Illinois. Following the offender's arrest for possession of a controlled substance, Canton Police Detective Greg Spahn spoke with offender Davison. He noted in his official report offender Davison appeared to be intoxicated. She also admitted to him she drank an unknown number of beers prior to her arrest. On June 20, 2008, offender Davison admitted to Senior U.S. Probation Officer Jason Hunt that she drank several beers on June 19, 2008.

3. **FREQUENTING A PLACE WHERE CONTROLLED SUBSTANCES ARE ILLEGALLY SOLD AND ADMINISTERED**

   **STANDARD CONDITION NO. 8:** THE DEFENDANT SHALL NOT FREQUENT PLACES WHERE CONTROLLED SUBSTANCES ARE ILLEGALLY SOLD, USED DISTRIBUTED, OR ADMINISTERED.

   On **June 19, 2008,** offender Davison frequented a place where controlled substances are sold and administered, namely, 753 South 7th Street, Canton, Illinois. On that date, Canton, Illinois, police executed a search warrant at a residence located at 753 South 7th Street, Canton, Illinois. Upon entering the residence, Canton Police Officers Spahn and Richards saw offender Davison sitting at the kitchen table. Officer Richards observed a metal pipe containing screen material and burnt residue along with a small baggie containing suspected crack cocaine on the table in front of where offender Davison had been sitting. Offender Davison was arrested for possession of a controlled substance. Following her arrest, offender Davison was given a Miranda warning. She subsequently signed a waiver form and agreed to speak with officers. She admitted the cocaine on the table found at the above residence were hers. She purchased the cocaine from "PT" at the residence for $50. She stated she was about to smoke the cocaine; however, the police came in before she got the chance. This information was confirmed by the offender's daughter, Shawna Windsor. She told police she witnessed "PT" sell offender Davison cocaine at the residence.

4. **ASSOCIATING WITH A PERSON CONVICTED OF A FELONY AND ENGAGED IN CRIMINAL ACTIVITY**

   **STANDARD CONDITION NO. 9:** THE DEFENDANT SHALL NOT ASSOCIATE WITH ANY PERSONS ENGAGED IN CRIMINAL ACTIVITY AND SHALL NOT ASSOCIATE WITH ANY PERSON CONVICTED OF A FELONY, WITHOUT PERMISSION OF THE PROBATION OFFICER.

   A.  On **June 19, 2008,** offender Davison associated with a person engaged in criminal activity. Following the offender's arrest for the above-alleged conduct, offender Davison admitted to Canton, Illinois, Police Detective Greg Spahn she purchased crack cocaine from "PT". She stated she does not know "PT"; however, had been told he sells and delivers cocaine to the offender's daughter, Shawna Windsor.

   B.  On **June 19, 2008,** offender Davison associated with Shawna Windsor. On July 1, 2007, offender Davison submitted a written request to Senior U.S. Probation Officer Jason Hunt to associate with her daughter, Shawna Windsor. The request was made pursuant to Windsor's prior convictions for felony offenses in Fulton County, Illinois. A criminal

Page 4                                                    Re: DAVISON, Cynthia

    records check of Shawna Windsor indicated prior felony convictions for Forgery in Fulton County Case No.: 04-CF-86; Retail Theft, in Fulton County Case No.: 06-CF-247; Manufacture/Delivery of Cannabis, in Fulton County Case No.: 07-CF-171.  Offender Davison and Jason Hunt had previous conversations in which the offender had stated Shawna Windsor has a substance abuse problem and frequently used drugs.  For these reasons, on August 28, 2007, offender Davison was sent a letter by Senior U.S. Probation Officer denying her request to associate with Shawna Windsor.

**U.S. Probation Officer Recommendation:**

    **[X]**    The term of supervision should be
          **[X]**    revoked
          [ ]    extended for  years, for a total term of  years.

    [ ]    The conditions of supervision should be modified as follows:

                    I declare under penalty of perjury that the foregoing is true and correct.

                    s/Jason R. Hunt

                    JASON R. HUNT
                    Senior U.S. Probation Officer
                    Date: June 25, 2008

JRH:tm

---

**THE COURT ORDERS:**

[ ]    No action

**[X]**    The issuance of a warrant

[ ]    The issuance of a summons

[ ]    Other:

                    S/ Michael M. Mihm
                    MICHAEL M. MIHM
                    U.S. District Judge
                    Date: June 25, 2008