# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 06-10040-004 |
| Cynthia Davison | ) | |
| | ) | |
| Canton, IL 61520 | ) | |
| Defendant | ) | |

*SEALED*

RECEIVED 2008 JUN 26 A 10:16 US MARSHALS SERVICE CENTRAL ILLINOIS

RECEIVED 2008 JUN 26 A 6:26 US MARSHAL SERVICE CENTRAL ILLINOIS

FILED JUL 1 4 2008 CLERK OF COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Cynthia Davison, and bring her forthwith to the nearest magistrate judge to answer a Petition for Warrant or Summons for Offender Under Supervision charging her with violating his supervised release in violation of Title 18, United States Code, Section(s) 3583(e)(3).

MICHAEL M. MIHM
Name of Issuing Officer
s/ Michael M. Mihm
Signature of Issuing Officer

U.S. DISTRICT COURT JUDGE
Title of Issuing Officer

6/25/08 Peoria, Il
Date and Location

**Bail fixed at $ <u>No Bond</u> by U.S. District Judge Michael M. Mihm.**

## RETURN

This warrant was received and executed with the arrest of the above named defendant at Peoria

| Date Received 06/26/08 | Name of Arresting Officer Daryl Hallenbeck | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 07/01/08 | Title of Arresting Officer DUSM | s/ Officer |