06-10040

8/8/2008

To Whom This May Concern,

    Cynthia Davison has been employed part time by Flynn's Auto Parts Inc. and has also cleaned properties for Flynns Rental Properties Inc. since July of 2008. Her employment will continue. We understand that some issues she has might not let that be possible. We would not be able to hold her position open for her absence.

    Flynns Auto Parts Inc
    Flynns Rental Properties Inc

*[signature]*

DAVID FLYNN
President

**FILED**
AUG 13 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

06-10040

# Farm King

2091 North Main Street
Canton, IL 61520-1032
309/647-4416
FAX 309/647-1724

To: George Taseff

In reguards to Cynthia A. Davison, Cynthia will be able to return to work at Farm King in Canton. She has done an excellent job for our company.

Signed

Kris Chambers    assistant Manager

*Kris Chambers* 8/8/08

Sara Stambaugh    assistant Manager

*Sara Stambaugh*

FILED
AUG 13 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS